FRANMOR REALTY CORPORATION, Appellant, *v.* VILLAGE OF OLD
WESTBURY, Respondent.

Submitted November 17, 1952; decided November 25, 1952.

*Henry Epstein* and *Jacob Abrams* for motion.

*J. Oakey McKnight* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution and is not encompassed within subdivision 2 of section 589 of the Civil Practice Act.